```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA    )
                            )
         v.                 ) Criminal No. 05-2 Erie
                            )
KEITH ALLEN PROCTOR         )

## ORDER OF COURT

AND NOW, to-wit, this ____ day of _____, 2005, upon consideration of the within Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period within which defendant may file pretrial motions shall be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the court finds that the additional period is necessary to resolve the pending Motion to Reconsider Denial of Motion to Compel Discovery and Request for Hearing before counsel for the defendant is able to adequately investigate and prepare pretrial motions.

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 16 are due on **October 26, 2005.**

```
                          _____
                          SEAN J. McLAUGHLIN
                          United States District Judge
```

cc:  Thomas W. Patton, AFPD
     Christian A. Trabold, AUSA