IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-2 Erie |
| | ) |
| KEITH ALLEN PROCTOR | ) |

**MOTION TO EXTEND THE TIME FOR THE**
**FILING OF PRETRIAL MOTIONS**

AND NOW, comes the defendant, KEITH ALLEN PROCTOR, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

1. The defendant, Keith Allen Proctor, has been charged in a three-count indictment with violations of Title 18, U.S.C. §§ 2252(a)(1), 2252(a)(2) and 2252(a)(4)(B); transportation of, receipt of, and possession of material depicting the sexual exploitation of a minor and receipt of obscene material.

2. Pursuant to an Order of Court dated October 27, 2005, certain types of pretrial motions are due on January 24, 2006.

3. Additional time is needed to complete counsel's investigation of the facts and law before informed decisions can be made concerning the filing of pretrial motions. Specifically, defense counsel is waiting for the report from its expert after his examination of the computer hard drive.

4.   Counsel is unable to adequately prepare pretrial motions until the expert has issued a report regarding his findings.

5.   Accordingly, counsel requests an additional thirty (30) within which to file pretrial motions.

WHEREFORE, defendant, Keith Allen Proctor, respectfully requests an extension of thirty (30) days to file pretrial motions.

Respectfully submitted,

/s/Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA ID #88653