# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

The following cases are listed for trial beginning on **March 13, 2006**, before the Honorable Sean J. McLaughlin, in Courtroom C, 2nd Floor, U.S. Federal Building and Courthouse, Erie, Pennsylvania

When cases are called for trial between **March 13, 2006 and April 14, 2006**, counsel are to be prepared to select a jury and proceed to trial. Counsel will not be required to try cases back to back, however, the order of selection is subject to change based on expected trial length and the availability of jurors. Counsel are directed to keep the Clerk notified if there is any change in the status of each case. The order for selection is as follows:

| #   | Case          | Caption                                       | Counsel               |
|-----|---------------|-----------------------------------------------|-----------------------|
| 1.  | CR 03-19 Erie | USA v. Isaiah Luther Mercer                   | (Trabold, Placidi)    |
| 2.  | CR 04-50 Erie | USA v. John Joseph Price                      | (Trabold, Patton)     |
| 3.  | CR 04-52 Erie | USA v. Yakeen Rogers                          | (Piccinini, Patton)   |
| 4.  | CR 05-2 Erie  | USA v. Keith Allen Proctor                    | (Trabold, Patton)     |
| 5.  | CR 05-8 Erie  | USA v. Michael Kosteniuk                      | (Trabold, Patton)     |
| 6.  | CR 05-26 Erie | USA v. George I. Eberle                       | (Trabold, Patton)     |
| 7.  | CR 05-26 Erie | USA v. Alesha M. Eberle                       | (Trabold, Hadley)     |
| 8.  | CR 05-32 Erie | USA v. Wayne S. Falciglia                     | (Sanner, Patton)      |
| 9.  | CR 05-42 Erie | USA v. Jaison C. Thompson                     | (Trabold, Patton)     |
| 10. | CR 05-54 Erie | USA v. James M. Klos                          | (Trabold, Patton)     |
| 11. | CR 05-56 Erie | USA v. .Matthew D. Stone                      | (Trabold, Patton)     |
| 12. | CR 05-59 Erie | USA v. Mark Huber                             | (Sanner, Patton)      |
| 13. | CA 99-192 Erie | Richmond v. Superintendent Price, et. al.,   | (Pro Se, Maravich)    |
| 14. | CA 04-356 Erie | Novakowski v. Chao, et. al.,                 | (Linkkosky, Skirtich) |
| 15. | CA 05-76 Erie  | Conley v. County of Erie, et. al.,           | (McNair, Joyal)       |
| 16. | CA 05-139 Erie | CSX Transportation v. Port Erie Plastics     | (Howard, Parks)       |
| 17. | CA 05-217 Erie | Seifert v. City of Erie, PA                  | (Chivers, Villella)   |

IMMEDIATELY UPON RECEIPT OF THIS NOTICE, COUNSEL FOR THE GOVERNMENT ARE TO ISSUE APPROPRIATE WRITS OF HABEAS CORPUS TO THE U.S. MARSHAL SERVICE FOR ANY AND ALL OUT OF STATE DEFENDANTS OR WITNESSES

                          Nicole M. Kierzek
                          Courtroom Deputy to Judge Sean J. McLaughlin

cc: All counsel
    United States Attorney
    Federal Public Defender
    United States Marshal
    United States Pretrial Services