# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_U.S.A._ )
)
Plaintiff )
)
vs. ) No. _CR 05-2E_
)
_Keith Allen Proctor_ )
)
Defendant )

HEARING ON _Change of Plea_

Held on _Thurs. 3-9-06_

Before Judge _McLaughlin_

_Christian Trabold, AUSA_     _Thomas Patton, PDA_

Appear for Plaintiff     Appear for Defendant

Hearing begun _10:57 am_     Hearing adjourned to _11:25 am_

Hearing concluded C.A.V. _____     Stenographer _Ron Bench_

Clerk _Nicole Kierzek_

**WITNESSES:**

For Plaintiff     For Defendant

∆ Sworn
∆ Pleads Guilty to Counts 1, 2, and 3
Gov't. requests Home detention w/ electronic monitor; granted intermediate detention w/ electronic monitor.
Sentencing Set for June 13, 2006 @ 10:00 am