IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.   ) | CRIMINAL NO. 05-02 ERIE |
| ) | |
| KEITH ALLEN PROCTOR,  ) | |
| Defendant.   ) | |

### PLEA

AND NOW, the defendant, **KEITH ALLEN PROCTOR,** in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered January 12, 2005, and now pleads GUILTY to Count(s) ~~[stricken]~~ 1, 2 & 3 in Open Court this 9th day of March, 2006

_____
Defendant

_____
Attorney