IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-2 E |
| | ) | |
| KEITH ALLEN PROCTOR | ) | |

## **ORDER**

This case comes is before the Court on Defendant's Motion to Continue Sentencing Hearing.

The motion is hereby granted.  Sentencing in this case shall take place on _____,

2006, at _____.

_____
Sean J. McLaughlin
United States District Judge