IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-2 E |
| ) | |
| KEITH ALLEN PROCTOR ) | |

## **ORDER OF COURT**

AND NOW, to-wit, this ____ day of August, 2006, upon consideration of the foregoing, Motion to Amend Bond, it is hereby ORDERED, ADJUDGED, AND DECREED that the Defendant's bond is amended as follows:  Mr. Proctor be permitted to be away from his property from 7:00 p.m. to 11:00 p.m. on Friday, August 25, 2006, to attend the Crawford County Fair with his wife.   All other conditions of bond are to remain intact.

_____
J.