IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-2 E |
| | ) | |
| KEITH ALLEN PROCTOR | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of October, 2006, upon consideration of the foregoing, Motion to Amend Bond, it is hereby ORDERED, ADJUDGED, AND DECREED that the Defendant's bond is amended as follows: Mr. Proctor be permitted to be away from his property from 7:00 p.m. to 11:00 p.m. on Friday, November 10, 2006, to attend a concert at the Erie Civic Center with his wife. All other conditions of bond are to remain intact.

_____
J.