IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-2 Erie |
| | ) |
| KEITH ALLEN PROCTOR | ) |

**MOTION TO RELEASE SEALED DOCUMENT**

AND NOW, comes the defendant, KEITH ALLEN PROCTOR, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court to permit him to release a sealed document, and in support thereof sets forth as follows:

1. On November 2, 2006, defendant filed a motion under seal [Doc. 48] in the above-captioned matter.

2. This Honorable Court granted that motion on November 2, 2006 [Doc. 49].

3. Defense counsel would like permission from this court to provide copies of the signed Order [Doc. 49] to persons named therein.

WHEREFORE, defendant, Keith Allen Proctor, respectfully requests that this Honorable Court allow him to release a copy of the sealed Order to persons named therein.

Respectfully submitted,

/s/Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA ID #88653