IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-2 Erie |
| | ) |
| KEITH ALLEN PROCTOR | ) |

**ORDER OF COURT**

AND NOW, to-wit, this \_\_\_\_ day of November, 2006, upon consideration of the within Motion for Release of Sealed Document, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted; counsel for the defendant is permitted to release sealed Doc. 49 to the persons named therein.

_____
SEAN J. McLAUGHLIN
United States District Judge