UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | CRIMINAL ACTION |
| | ) | |
|     v. | ) | No. 05-02 Erie |
| | ) | |
| KEITH ALLEN PROCTOR, | ) | |
|     Defendant | ) | ELECTRONICALLY FILED |

**MOTION TO SEEK PERMISSION TO FILE MOTION TO QUASH TWO SUBPOENAS IN A CRIMINAL CASE UNDER SEAL**

       Movants EMILY HEERSSEN, RICHARD REED, and FAMILY SERVICES OF NORTHWEST PENNSYLVANIA, by their attorneys MacDonald, Illig, Jones & Britton LLP, file the following Motion to Seek Permission to File Motion to Quash Two Subpoenas in a Criminal Case under Seal, and state the following in support thereof:

       1.     On November 2, 2006, the Assistant Federal Public Defender issued two Subpoenas: one to Emily Heerssen and one to Richard Reed.

       2.     Both Emily Heerssen and Richard Reed are employed as mobile therapists at Family Services of Northwest Pennsylvania.

       3.     The two Subpoenas issued in the criminal case in the above-referenced matter require movants to produce two complete case files, to include but not limited to, all interview notes, reports, summaries, videotapes, evaluations and records pertaining to two minor children.

4.  The two Subpoenas issued in the above-referenced criminal case were filed under seal.

5.  Movants intend to file a Motion to Quash Two Subpoenas in a Criminal Case and wish to file the Motion to Quash under seal due to the sensitive nature of the information requested in this matter.

WHEREFORE, movants Emily Heerssen, Richard Reed, and Family Services of Northwest Pennsylvania respectfully request that this Honorable Court enter the attached Order granting the Motion to Seek Permission to File Motion to Quash Two Subpoenas in a Criminal Case Under Seal and enter the attached Order.

Respectfully submitted,

/S/ Catherine Moodey Doyle
Lisa Smith Presta
PA 65527
Catherine Moodey Doyle
PA 81743
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7656
(814) 870-7662
FAX (814) 454-4647
lpresta@mijb.com
cdoyle@mijb.com

Attorneys for Movants
  Emily Heerssen, Richard Reed and Family
  Services of Northwest Pennsylvania

987372