UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff | )<br>)<br>) |
| v. | ) CRIMINAL ACTION<br>) |
| KEITH ALLEN PROCTOR,<br>  Defendant | )<br>) File No. 05-02 Erie<br>**"UNDER SEAL"** |

## ORDER OF COURT

AND NOW, to-wit, this 9th day of November, 2006, upon consideration of the foregoing Motion to Seek Permission to File Motion to Quash Two Subpoenas in a Criminal Case Under Seal;

IT IS HEREBY ORDERED that the Motion to Quash Two Subpoenas filed by Emily Heerssen, Richard Reed, and Family Services of Northwest Pennsylvania be sealed, and that only an authorized representative of the Federal Public Defender's Office be permitted to view in order to respond to the Motion to Quash Two Subpoenas.

_____
The Honorable Sean J. McLaughlin
United States District Judge