IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal No. 05-02 Erie |
| v. ) | |
| ) | |
| KEITH ALLEN PROCTOR ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion to Quash Subpoena or, in the alternative, Motion for Protective Order filed on behalf of the Erie County Office of Children & Youth, and it appearing that the subpoena issued at the request of the federal Public Defender's Office requires the disclosure of information which is confidential and protected from disclosure by the Pennsylvania Child Protective Services Law, the Motion is hereby GRANTED. The subpoena issued to Vickie Babcock, OCY Caseworker, for the case files of T. G.(P.) and K.G.(P.) is hereby QUASHED.

By the Court:

_____
HONORABLE Sean J. McLaughlin
United States District Judge

Document #321547, v1