# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.

vs. No. CR 05-2E

Keith Allen Proctor

Defendant

HEARING ON Sentencing

Held on 1-10-07

Before Judge Sean J. McLaughlin

Christian Trabold, AUSA     Thomas Patton, FPDA

_____
Appear for Defendant

Hearing begun 1:28 pm     Hearing adjourned to 2:29

Hearing concluded C.A.V. _____     Stenographer Ron Bench

Clerk Nicole Kierzek

WITNESSES:

Sworn, Deputy Kinann, ECP
Δ Sworn;

For Plaintiff     For Defendant

Δ Sentenced to 198 mths (120 mths) imprisonment @ each of Counts 1, 2 and 3 to run concurrently; Life supervised release at each of Counts 1, 2, 3, to run concurrently.

Court Recommends this Δ be placed as close to Erie as Possible

J & C to follow    (Δ's Exhibit A - attached / (Letter from Dr.) admitted

Gov't Exhibit -1 attached / admitted document