```
                              pedo[1].txt
Boylove is Not Pedophilia
     Are boylovers "pedophiles"?  Or perhaps "pederasts"?  What do these words
     mean, and are they proper labels for boylovers?
     "Pederast" comes from the Ancient Greek word paiderastia which means
     literally "boylove" and a paiderastes was a "boylover."  In Ancient
     Greece, pederasty was the socially accepted pedagogoical eros between an
     adult male and a boy between the ages of 12 and 18.
     "Pedophilia" also comes from Ancient Greek, and it too means "boylove."
     However, paidophilia was never used to describe the pedagogical eros of
     the classical period. Two terms, paidophiles and philopais, both meaning
     "boylover," were coined late by Greek poets as a substitute for the word
     paiderastes because the accent in the given word for boylover did not lend
     itself to the metre the poets used in their works about boylove.  Ancient
     Greek (and even the later Koine, but not modern) was a very "musical"
     language, the rising and falling pitch and intonation of the speaker
     determined by the three forms of accent, grave, circumflex, and accute.
     This musical quality was an essential element in how Greek poetry sounded
     when read aloud.  Because of where the accent fell in the word
     paiderastes, the poets essentially invented two new words for boylover,
     paidophiles and philopais, for use in poetry.
     Thus, the words "pederast" and "pedophile" are transliterations of Greek
     words into English, which depending on who's using the words and who's
     hearing them, may or may not carry their original meanings.  Pedophile
     carries an almost universally negative connotation, except for those
     boylovers who insist on labeling themselves as such.  Just think about any
     news reports regarding the arrest or conviction of a man for child
     molestation.  Is the man ever referred to as a "boylover"?  No, if he is
     called anything other than a molester, it's a "pedophile."  Thus, in the
     minds of the general public, if you label yourself a pedophile, you are in
     effect labeling yourself a child molester.
     Pederast would be a far better term to label boylovers.  And yet, because
     most people are unfamiliar with that term, they may go to the dictionary
     to see what it means.  And there they will find spurious definitions
     ranging from "homosexual," to "a man who practices sodomy with boys."
     Boylove has its roots in the pedagogical eros of Ancient Greece.  It is a
     unique phenomenon which manifests itself (either with or without the
     erotic element) in virtually every culture.  Therefore, it is not
     pedophilia as that term is understood today.  Boylove has nothing in
     common with sexual attraction to young girls, and I would argue that it
     has nothing in common with a purely sexual attraction to young boys.
     What are we then? If you had asked a man in Ancient Greece if he was a
     paiderastes, you would have been asking him if he was a BOYLOVER.  And
     that is what we are.  We aren't pedophiles and child molesters.  We are
     men who love boys.

     Return to PAIDERASTIA
```



GOVERNMENT EXHIBIT