January 2, 2007

# Eastside Medical Center

2625 Parade St
Erie, PA 16504


Keith Proctor
2714 Everett Drive
Erie, PA 16510


Dear Keith,

At our last office visit on 12/20/2006 you brought to my attention that you may be reincarcerated for extended period of time. This letter is to inform your peers of your need for ongoing medication therapy without interruption.

On October 10th, 2006 you were evaluated at Millcreek Community Hospital for deep vein thrombosis. Doppler analysis found that you did have a deep vein thrombosis in the right profunda femoral vein. You were hospitalized and received heparin treatment at that time. Posthospitalization you were placed on Coumadin therapy. Currently you are taking Coumadin 5 mg one p.o. every Tuesday and Friday. You are also taking Coumadin 2.5 mg one p.o. all other days. During Coumadin therapy you will need to have PT/INR levels drawn at regular intervals which may vary from one week to one month depending on dosing changes and anti-coagulations levels. Of course you're not the first person to need this kind of therapy and I'm sure that at whatever facility you are sent you will be cared for by competent individuals with protocols in place to manage your care.

You should not discontinue your Coumadin therapy even for a short period of time as it will place a great risk for further complications to your health. However, normal treatment time for deep vein thrombosis would be Coumadin therapy for three months and then follow-up evaluation before discontinuation of Coumadin therapy. You are currently coming close to the three month evaluation period. So depending upon this a evaluation you may or may not need to continue Coumadin therapy. Another medication that you should not discontinue would be Maxzide 25 mg one p.o. q.d

If I can be of any further assistance to you in regards to your health matters please let me know.


Sincerely,

David Fox D.O.

DEFENDANT'S EXHIBIT A