NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Pittsburgh)

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

UNITED STATES OF AMERICA

V.

KEITH ALLEN PROCTOR

District Court Docket No. __Criminal No. 05-02E__

District Court Judge __Sean J. McLaughlin__

Notice is hereby given that __Keith Allen Proctor__ appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment; [ ] Order; [ ] Other (Specify) _____

entered in this action on __January 11, 2007__ .

**DATED:** January 19, 2007

/s/ Karen Sirianni Gerlach
**(Counsel for Appellant-signature)**
Karen Sirianni Gerlach  PA ID# 52956
Assistant Federal Public Defender
**(Name of Counsel-Typed)**
1450 Liberty Center
**(Address)**
1001 Liberty Avenue

Pittsburgh, PA  15222

(412) 644-6565
**(Tel. No. - FTS or Other)**

Robert L. Eberhardt
Assistant U.S. Attorney
**(Counsel for Appellee)**
400 U.S. Courthouse
**(Address)**
Seventh Avenue & Grant St.

Pittsburgh, PA  15219

(412) 894-7353
**(Tel. No. - FTS or Other)**