UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-1186

UNITED STATES OF AMERICA

v.

KEITH ALLEN PROCTOR,

Appellant

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 05-cr-00002-1)
District Judge: Honorable Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
May 22, 2008

Before: SMITH, HARDIMAN and NYGAARD, *Circuit Judges.*

JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 22, 2008. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the Western District of Pennsylvania entered January 11, 2007, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: 2 June 2008

Certified as a true copy and issued in lieu
of a formal mandate on __06/24/2008__

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**